UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 12-4066 |
| v. | : Hon. Michael A. Hammer |
| ROBERT MUCHA | : **SUPERSEDING CRIMINAL COMPLAINT** |

I, Mark Lubischer, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_/s/ Mark Lubischer_
Mark Lubischer, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and subscribed in my presence,
on November 19, 2012, at Newark, New Jersey

_/s/ Michael A. Hammer_
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

1

## ATTACHMENT A

### Count One
### (Enticing a Minor to Engage in Criminal Sexual Activity)

In or about October 2010, in Sussex County, in the District of New Jersey, and elsewhere, defendant

ROBERT MUCHA,

using the mail and any facility or means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

### Count Two
### (Receipt of Child Pornography)

On or about January 5, 2012, in Sussex County, in the District of New Jersey, and elsewhere, defendant

ROBERT MUCHA

did knowingly receive child pornography that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2.

### Count Three
### (Possession of Child Pornography)

On or about July 25, 2012, in Sussex County, in the District of New Jersey, and elsewhere, defendant

ROBERT MUCHA

did knowingly possess material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images were mailed and shipped

and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

**ATTACHMENT B**

I, Mark Lubischer, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations. I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Superseding Criminal Complaint, Defendant ROBERT MUCHA maintained an account on Yahoo! Messenger, a web-based chat service. Using this account, defendant MUCHA met online with numerous individuals to swap pornographic images and to discuss a shared interest in raping, roasting, and eating children.

2. MUCHA was born in January 1956. At the time of his arrest by federal law enforcement on July 25, 2012, MUCHA was serving as a volunteer Emergency Medical Technician ("EMT") in Andover, New Jersey.

**Online Conversations with Michael Arnett**

3. One of the individuals with which MUCHA engaged in Yahoo! Messenger conversations was an individual later identified as Michael D. Arnett ("Arnett"), a resident of Roeland Park, Kansas. A review of MUCHA's archived online communications (or "chat logs") indicate that MUCHA was in regular contact with Arnett at least until April 2012. The following month, Arnett was arrested and charged for production and distribution of child pornography in United States District Court in Kansas City, Kansas. See United States v. Arnett, Criminal Complaint, Case No. 12-mj-8109-JPO (D. Kan., May 22, 2012).

4. In vivid and often gruesome detail, the chat logs between MUCHA and Arnett provide a window into the men's fetishes and sexual fantasies. During their Yahoo! chats, the men discussed, among other things, penetrative sex with infants, child bestiality, parent-on-child rape, strangulation of toddlers, and eroticized child cannibalism. Many of their communications focused on the cooking and eating of prepubescent boys, with a particular interest in how they might abduct the children, drug them, roast them and, ultimately, consume them.

5. At various points during these online conversations, MUCHA and Arnett initiated "direct file transfers," allowing them to send digital images to one another through Yahoo!'s chat service. Many of the images involved prepubescent boys in various stages of undress. After

4

swapping photos, MUCHA and Arnett would discuss the images, often by describing the specific sexual acts they wished to perform on the children depicted in the photographs.

6. In an October 16, 2011 conversation, Arnett sent MUCHA an image, which Arnett described as a photograph of an eight-year-old boy. After viewing the image, MUCHA stated that he was imagining the child naked and that it would be "some nice meat to score." MUCHA described his desire to hang the child "by his ankles," "baste him up," and have a spit "shoved up him."

7. Three weeks later, on November 8, 2011, MUCHA and Arnett discussed the Penn State child sex abuse scandal. MUCHA stated that it was "stupid" for Jerry Sandusky to have abused one of his victims in a gym shower, given that it was a semi-public location, and Arnett agreed. Moments later, MUCHA stated that it "would be so hot to get an 8 – 13" year old.

### Luring Child Victim #1

8. In or about October 2010 – approximately a year before the conversations described in paragraphs 6 and 7 – MUCHA attempted to sexually assault a fifteen-year-old boy.

9. MUCHA first met the boy, Child Victim #1 ("CV #1"), through the child's mother. At the time, CV #1 and his mother lived in Sussex County, New Jersey. MUCHA was living in Stroudsburg, Pennsylvania but traveled regularly to Sussex County.

10. MUCHA became friendly with C.V. #1 and attended several family functions with him. In or about October 2010, over the course of multiple conversations via telephone and computer, MUCHA persuaded CV #1 to visit him in Pennsylvania. They agreed to visit an amusement park and then spend the night at MUCHA's Stroudsburg apartment.

11. The night of their visit, CV #1 was standing in the kitchen when MUCHA came up behind him and touched the child's buttocks. Later, MUCHA pushed CV #1 onto the bed, climbed on top of him, and began rubbing the child's midsection. CV #1 repeatedly indicated to MUCHA that he did not wish to be touched, and left the apartment soon thereafter. CV #1 was fifteen years old at the time of the incident.

12. As described more fully below, MUCHA spoke with law enforcement shortly after his July 25, 2012 arrest. During those discussions, MUCHA admitted that, the night CV #1 came to his Stroudsberg apartment, MUCHA put his hand down the pants of CV #1 and stroked the boy's penis.

13. Based upon my training, experience, and education, as well as my review of MUCHA's statements, CV #1's statements, and other evidence collected in this investigation, I

5

believe that MUCHA performed the above-referenced acts for his own sexual gratification, that he persuaded, induced, and enticed CV #1 to travel to Pennsylvania with the intent to commit such acts, that MUCHA's efforts to persuade, induce, and entice CV #1 to engage in such acts involved facilities and means of interstate commerce, and that the conduct described above constitutes sexual activity for which MUCHA can be charged with a criminal offense under Pennsylvania state law.

### Online Conversation with UCP

14. On or about January 5, 2012, MUCHA logged into his Yahoo! Messenger account and began a conversation with another individual, Unnamed Chat Partner ("UCP"). Like many of MUCHA's online chat partners, UCP shared his interest in eroticized child cannibalism.

15. During this January 5 conversation, UCP indicated that he possessed a collection of digital images manipulated to look as if young children were being cooked or roasted. UCP asked, "wanna see some of mine?", to which MUCHA responded, "sure."

16. Using Yahoo! Messenger, UCP and MUCHA initiated several direct file transfers. Among others, UCP sent MUCHA an image titled "hanging in there.png." After MUCHA received the image, the following conversation occurred:

| | | |
|---|---|---|
| MUCHA: | oh man, love that 1st one |
| UCP: | which one? |
| UCP: | this one? |
| MUCHA: | kid hanging on to the spit |
| UCP: | Oh X3 |
| MUCHA: | oh yea ;) |
| MUCHA: | i know i have a lot that you will like, I'll have to get them together so will be easier |
| MUCHA: | i'm sure we will be talking a lot ;) |

17. The image "hanging in there.png" contains a photograph of a naked prepubescent boy hanging from a wooden pole. The photograph has been digitally superimposed over a second photograph of a campground fire, creating the impression that the child is being barbecued over an open flame.

18. The image "hanging in there.png" also includes multiple lines of text over a white background. It tells the story of a boy named "Max" being initiated into a group known as the

"meatboys club." The story describes how Max was required to strip naked, cover himself in cooking oil, and then hang onto a large wooden spit while his skin was roasted by a campfire.

### Search of MUCHA's Residence

19. On or about July 25, 2012, law enforcement officers executed a search warrant at MUCHA's residence in Newton, New Jersey (the "residence").

20. At the residence, law enforcement discovered a significant amount of computer and digital equipment belonging to MUCHA. Among the files found on an external hard drive belonging to defendant MUCHA were images of child pornography, as defined by Title 18, United States Code, Section 2256(8). Three of those images are described as follows:

    a. **Image One: (22)feb21_39.jpg:** This image is taken from the perspective of an adult male laying naked on a bed. A blond prepubescent male child is leaning between the adult male's legs and is performing oral sex on the adult male. In the bottom left corner of the image is a blue signature stamp reading: "www.new-blue-orchid.tv."

    b. **Image Two: (20)feb21_36.jpg:** This image depicts a close-up of a naked male's penis and abdomen, and a naked prepubescent male child lying next to the adult male. The child's right hand is holding the adult male's penis, appearing to be masturbating the adult male. In the bottom left corner of the image is a blue signature stamp reading: "www.new-blue-orchid.tv."

    c. **Image Three: (42)new-blue-orchid_7.jpg:** This image depicts a close-up of a nude prepubescent male child sitting on the lap of an adult male wearing green plaid boxer shorts. The adult male's penis is exposed and leaning on the child's left leg. The child's penis is resting on top of the adult male's penis. In the bottom left corner of the image is a red ribbon with yellow lettering reading: "new-blue-orchid.net."

21. On a separate device belonging to MUCHA, law enforcement discovered "hanging in there.png," the image described in paragraph 17. This image of simulated sadistic abuse of a minor also constitutes child pornography, as defined by Title 18, United States Code, Section 2256(8).

22. Based upon my education, training, experience, and discussions with other law enforcement officers, the images described in paragraphs 17, 18, and 20 traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the

images were downloaded from or transferred via the Internet, based upon, among other things, their presence on defendant MUCHA's electronic storage devices.

## MUCHA's Admissions

23. Shortly after the search warrant was executed on July 25, 2012, MUCHA agreed to speak with law enforcement. After being advised of his Miranda rights, he admitted, among other things:

    a. MUCHA regularly masturbates to a fantasy in which he bastes a two-year-old boy in barbecue sauce and then skewers, cooks, and eats the child like a Thanksgiving turkey. On occasion, MUCHA fantasizes about the same scenario, except with himself as the victim.

    b. MUCHA has made physical contact with numerous teenage boys over the course of his life. MUCHA estimated that he has touched the thighs of six boys, rubbed the breasts of three to four boys, and massaged the shoulders of fifty to one hundred boys, all for his own sexual gratification.

    c. MUCHA estimated that, over the course of the last eight years, he has participated in sexually explicit Internet chats with twenty boys that he believed to be under the age of eighteen.

    d. While in his thirties, MUCHA taught band class and Drum & Bugle Corps to teenagers in Belleville, New Jersey and Lakewood, New Jersey. During that time, MUCHA watched boys as young as fifteen while they showered and, on occasion, joined the boys in the shower. MUCHA also estimated that on at least one hundred occasions he patted the buttocks of the boys and later masturbated to his actions.

    e. MUCHA is or was a member of several websites that cater to cannibalism and necrophilism fetishists.